CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

NECA-IBEW PENSION TRUST FUND (THE DECATUR PLAN) ("Plaintiff")
declares:

1.     Plaintiff has reviewed a complaint and authorized its filing.

2.     Plaintiff did not acquire the security that is the subject of this action at the
direction of plaintiff's counsel or in order to participate in this private action or any other
litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class,
including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transaction(s) during the Class Period in the
securities that are the subject of this action:  plaintiff held 7,800 shares of Precision Castparts
stock as of October 9, 2015 and was a holder of Precision Castparts at all relevant times.

5.     Plaintiff has not sought to serve or served as a representative party in a class action
that was filed under the federal securities laws within the three-year period prior to the date of
this Certification except as detailed below:

*Godinez v. Alere Inc., et al.*, No. 1:16-cv-10766 (D. Mass.)

6.     The Plaintiff will not accept any payment for serving as a representative party on
behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable
costs and expenses (including lost wages) directly relating to the representation of the class as
ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this
*29* day of *August*, 2016.

NECA-IBEW PENSION TRUST FUND (THE
DECATUR PLAN)

By: _____

Todd Thacker, Administrator

PRECISION CASTPARTS