UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

NECA−IBEW PENSION TRUST FUND, et al.

_____
        **Plaintiff(s),**

v.

PRECISION CASTPARTS CORP., et al.

_____
        **Defendant(s).**

Civil Case No. 3:16cv01756−YY

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney  A. RICK ATWOOD  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)    PERSONAL DATA:**

Name: Atwood     A. Rick         Jr.
        (Last Name)     (First Name)     (MI)     (Suffix)

Firm or Business Affiliation: Robbins Geller Rudman & Dowd LLP

Mailing Address: 655 West Broadway, Suite 1900

City: San Diego     State: CA     Zip: 92101

Phone Number: (619) 231-1058     Fax Number: (619) 231-7423

Business E-mail Address: ricka@rgrdlaw.com

**(2) BAR ADMISSIONS INFORMATION:**

    **(a)** State bar admission(s), date(s) of admission, and bar ID number(s):
    See attached

    **(b)** Other federal court admission(s), date(s) of admission, and bar ID number(s):
    See attached

**(3) CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)** ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)** ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5) REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

NECA-IBEW Pension Trust Fund (The Decatur Plan), and ANGELA LOHMANN, AS TRUSTEE OF THE ANGELA LOHMANN REVOCABLE TRUST, Individually and on Behalf of All Others Similarly Situated, Plaintiffs

**(6)**     **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this  12th  day of  September , 2016

*(Signature of Pro Hac Counsel)*

A. Rick Atwood, Jr.
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this  15th  day of  September , 2016

s/ Nadia H. Dahab
*(Signature of Local Counsel)*

Name:  Dahab  Nadia  H.
   *(Last Name)*     *(First Name)*     *(MI)*     *(Suffix)*

Oregon State Bar Number:  125630

Firm or Business Affiliation:  Stoll Stoll Berne Lokting & Shlachter PC

Mailing Address:  209 SW Oak Street, Suite 500

City: Portland     State: OR     Zip: 97204

Phone Number: (503) 227-1600     Business E-mail Address: (503) 227-6840

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

Judge

**Bar Admission Information**

| State or Federal Bar Admission | Date of Admission | Bar ID Number |
|---|---|---|
| State of California | 12/16/1991 | 156529 |
| Central District of California | 1/6/1992 | |
| Northern District of California | 1/28/1994 | |
| Southern District of California | 3/7/2002 | |
| District of Colorado | 12/15/2010 | |