**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

NECA–IBEW PENSION TRUST FUND, et al.
_____
       **Plaintiff(s),**
v.

PRECISION CASTPARTS CORP., et al.
_____
       **Defendant(s).**

Civil Case No. 3:16cv01756–YY

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney __Eun Jin Lee_____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)  PERSONAL DATA:**

Name: __Lee_____  __Eun_____  __Jin_____  _____
      *(Last Name)*            *(First Name)*      *(MI)*    *(Suffix)*

Firm or Business Affiliation: __Robbins Geller Rudman & Dowd LLP_____

Mailing Address: __655 West Broadway, Suite 1900_____

City: __San Diego_____  State: __CA_____  Zip: __92101_____

Phone Number: __(619) 231-1058_____  Fax Number: __(619) 231-7423_____

Business E-mail Address: __elee@rgrdlaw.com_____

---

**(2)    BAR ADMISSIONS INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):
    State of California, 8/6/2009, Bar No. 264208

    **(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):

**(3)    CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)    CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)    REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

NECA-IBEW Pension Trust Fund (The Decatur Plan), and ANGELA LOHMANN, AS TRUSTEE OF THE ANGELA LOHMANN REVOCABLE TRUST, Individually and on Behalf of All Others Similarly Situated, Plaintiffs

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this  12th  day of  September , 2016

_____
*(Signature of Pro Hac Counsel)*

Eun Jin Lee
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this  15th  day of  September , 2016

s/ Nadia H. Dahab
*(Signature of Local Counsel)*

Name:  Dahab               Nadia               H.
        *(Last Name)*      *(First Name)*      *(MI)*      *(Suffix)*

Oregon State Bar Number:  125630

Firm or Business Affiliation:  Stoll Stoll Berne Lokting & Shlachter PC

Mailing Address:  209 SW Oak Street, Suite 500

City: Portland                State: OR         Zip: 97204

Phone Number: (503) 227-1600    Business E-mail Address: (503) 227-6840

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge