UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

NECA-IBEW PENSION TRUST FUND, et al.

        **Plaintiff(s),**

v.

PRECISION CASTPARTS CORP., et al.

        **Defendant(s).**

Civil Case No. 3:16cv01756-YY

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney PATRICK J. O'HARA requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: O'Hara (Last Name), Patrick (First Name), J. (MI), ___ (Suffix)

Firm or Business Affiliation: Cavanagh & O'Hara

Mailing Address: 2319 West Jefferson Street

City: Springfield  State: IL  Zip: 62702

Phone Number: (217) 544-1771  Fax Number: ___

Business E-mail Address: patrick@cavanagh-ohara.com

(2) **BAR ADMISSIONS INFORMATION:**

(a)  State bar admission(s), date(s) of admission, and bar ID number(s):
Illinois, 11/05/79, 3124933

(b)  Other federal court admission(s), date(s) of admission, and bar ID number(s):
U.S. District Court, Central District of Illinois, 07/31/80, 3124933;

U.S. Court of Appeals, 7th Circuit, 12/11/87, 3124933

U.S. Supreme Court, 01/13/03, 3124933

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a)  ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b)  ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

NECA-IBEW Pension Trust Fund (The Decatur Plan), and ANGELA LOHMANN, AS TRUSTEE OF THE ANGELA LOHMANN REVOCABLE TRUST, Individually and on Behalf of All Others Similarly Situated, Plaintiffs

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __9th__ day of __September__, __2016__

_____
*(Signature of Pro Hac Counsel)*

Patrick J. O'Hara
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __15th__ day of __September__, __2016__

s/ Nadia H. Dahab
*(Signature of Local Counsel)*

Name: __Dahab__ __Nadia__ __H.__ ____
 *(Last Name)* *(First Name)* *(MI)* *(Suffix)*

Oregon State Bar Number: __125630__
Firm or Business Affiliation: __Stoll Stoll Berne Lokting & Shlachter PC__
Mailing Address: __209 SW Oak Street, Suite 500__
City: __Portland__   State: __OR__   Zip: __97204__
Phone Number: __(503) 227-1600__   Business E-mail Address: __(503) 227-6840__

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge