UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

NECA-IBEW PENSION TRUST FUND, et al.

          **Plaintiff(s),**

v.

PRECISION CASTPARTS CORP., et al.

          **Defendant(s).**

Civil Case No. 3:16cv01756-YY

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney ROBIN SWITZENBAUM requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Switzenbaum, Robin
    *(Last Name)*   *(First Name)*   *(MI)*   *(Suffix)*

Firm or Business Affiliation: Berger & Montague, PC

Mailing Address: 1622 Locust Street

City: Philadelphia    State: PA    Zip: 19103

Phone Number: (215) 875-4679    Fax Number: (215) 875-4604

Business E-mail Address: rswitzenbaum@bm.net

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
Pennsylvania - 11/6/85 - #44074; California - 12/27/93 - #168843;
Florida - 9/27/90 - #0862088; and New Jersey - 7/1/96 - #030651985

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
USDC, Eastern District of Pennsylvania - 10/1985
USDC, Eastern District of Wisconsin - 6/30/03

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

NECA-IBEW Pension Trust Fund (The Decatur Plan), and ANGELA LOHMANN, AS TRUSTEE OF THE ANGELA LOHMANN REVOCABLE TRUST, Individually and on Behalf of All Others Similarly Situated, Plaintiffs

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this  14th  day of  September , 2016

_____
*(Signature of Pro Hac Counsel)*

Robin Switzenbaum
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this  15th  day of  September , 2016

s/ Nadia H. Dahab
*(Signature of Local Counsel)*

Name:  Dahab          Nadia          H.
      *(Last Name)*    *(First Name)*    *(MI)*    *(Suffix)*

Oregon State Bar Number:  125630

Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter PC

Mailing Address: 209 SW Oak Street, Suite 500

City: Portland          State: OR          Zip: 97204

Phone Number: (503) 227-1600      Business E-mail Address: ndahab@stollberne.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge