**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

NECA−IBEW PENSION TRUST FUND, et al.
_____
        **Plaintiff(s),**

**v.**

PRECISION CASTPARTS CORP., et al.
_____
        **Defendant(s).**

Civil Case No. 3:16cv01756−YY

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney  DANIELLE S. MYERS  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)    PERSONAL DATA:**

Name: Myers     Danielle     S.
        *(Last Name)*      *(First Name)*      *(MI)*      *(Suffix)*

Firm or Business Affiliation: Robbins Geller Rudman & Dowd LLP
Mailing Address: 655 West Broadway, Suite 1900
City: San Diego     State: CA     Zip: 92101
Phone Number: (619) 231-1058     Fax Number: (619) 231-7423
Business E-mail Address: danim@rgrdlaw.com

   **(2)**   **BAR ADMISSIONS INFORMATION:**

      **(a)**   State bar admission(s), date(s) of admission, and bar ID number(s):
           California State Bar, December 4, 2008, 259916

      **(b)**   Other federal court admission(s), date(s) of admission, and bar ID number(s):
           See attachment

   **(3)**   **CERTIFICATION OF DISCIPLINARY ACTIONS:**

      **(a)**   ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

      **(b)**   ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

   **(4)**   **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

   **(5)**   **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

NECA-IBEW Pension Trust Fund (The Decatur Plan), and ANGELA LOHMANN, AS TRUSTEE OF THE ANGELA LOHMANN REVOCABLE TRUST, Individually and on Behalf of All Others Similarly Situated, Plaintiffs

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 2nd day of November, 2016

_Danielle S. Myers_
(Signature of Pro Hac Counsel)

Danielle S. Myers
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 2nd day of November, 2016

*s/ Nadia H. Dahab*
(Signature of Local Counsel)

Name: Dahab, Nadia, H.
(Last Name) (First Name) (MI) (Suffix)

Oregon State Bar Number: 125630
Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter PC
Mailing Address: 209 SW Oak Street, Suite 500
City: Portland  State: OR  Zip: 97204
Phone Number: (503) 227-1600  Business E-mail Address: ndahab@stollberne.com

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

ATTACHMENT

| *Court:* | *Admission Date:* | *Bar ID #:* |
|---|---|---|
| Southern District of California | 12/04/2008 | n/a |
| Central District of California | 12/30/2008 | n/a |
| Northern District of California | 12/30/2008 | n/a |
| Northern District of Illinois (General Bar) | 5/17/2012 | ILND-GB-5711 |
| District of Colorado | 4/16/2009 | n/a |
| Eastern District of Michigan | 6/29/2016 | n/a |
| Ninth Circuit Court of Appeals | 3/12/2009 | n/a |
| Tenth Circuit Court of Appeals | 3/23/2012 | n/a |