UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Civil Case No. 3:16-cv-01756 – YY

NECA-IBEW Pension Trust Fund et al
    Plaintiff(s),
v.

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Precision Castparts Corp., et al
    Defendant(s).

Attorney Omid H. Nasab requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Nasab (Last Name), Omid (First Name), H. (MI), (Suffix)

Firm or Business Affiliation: Cravath, Swaine & Moore LLP

Mailing Address: 825 Eighth Ave.

City: New York  State: NY  Zip: 10019

Phone Number: 212-474-1000  Fax Number: 212-474-3700

Business E-mail Address: onasab@cravath.com

**(2)   BAR ADMISSIONS INFORMATION:**

    **(a)**   State bar admission(s), date(s) of admission, and bar ID number(s):
New York, 07/25/2007, 4499356

    **(b)**   Other federal court admission(s), date(s) of admission, and bar ID number(s):
6th Circuit - 06/04/08, SDNY - 11/13/08, EDNY - 11/13/08, EDWI - 05/12/11, WDMI - 05/13/11

**(3)   CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**   ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**   ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4)   CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)   REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Precision Castparts Corp., Mark Donegan, Don R. Graber, Lester L. Lyles,
Daniel J. Murphy, Vernon E. Oechsle, Ulrich Schmidt, Richard L. Wambold,
Timothy A. Wicks

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 7th day of December, 2016

_____
(Signature of Pro Hac Counsel)

Omid H. Nasab
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 14 day of December, 2016

_____
(Signature of Local Counsel)

Name: Daniels        Brad         S.
      (Last Name)   (First Name)  (MI)   (Suffix)

Oregon State Bar Number: OSB No. 025178
Firm or Business Affiliation: Stoel Rives LLP
Mailing Address: 760 SW Ninth Avenue, Suite 3000
City: Portland    State: OR    Zip: 97205
Phone Number: 503-294-9854    Business E-mail Address: brad.daniels@stoel.com

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge